IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HAYDEE E. RODRIGUEZ, Individually,
and as Representative for the estate of Luis
Miguel Rodriguez, Deceased, DOROTHY
RUSSO, Individually, and as Representative
Of the estate of Karen J. Russo, Deceased

      Plaintiffs,

vs.                                            CIV 6:09-0431-JAP-GBW

TOYOTA MOTOR CORPORATION,

      Defendant.

## ORDER EXTENDING DEADLINES

THIS MATTER came before the Court on the Joint Motion of the parties to extend certain deadlines and continue the trial in the case. *Doc. 25.* The Court having considered the Motion and the grounds stated therein, and being otherwise fully advised in the premises, finds the Motion is well-taken and it is therefore granted with some modifications.

WHEREFORE, it is ordered that the deadlines in this case shall be extended as follows:

      1.     Plaintiffs shall identify to all parties in writing any expert witness to be used by Plaintiff at trial and provide expert reports pursuant to FED. R. CIV. P. 26(a)(2)(B) no later than May 17, 2010.

2.      Defendants shall identify to all parties in writing any expert witness to be used by Defendant at trial and provide expert reports pursuant to FED. R. CIV. P. 26(a)(2)(B) no later than July 16, 2010.

3.      All discovery motions shall be filed by August 4, 2010.

4.      All pretrial motions shall be filed by August 13, 2010.

5.      Plaintiffs are to provide Defendant with their portion of a consolidated final pretrial order by September 24, 2010.

6.      The parties are to file the consolidated final pretrial order on October 5, 2010.

7.      The pretrial conference[1] shall be held in this matter on October 7, 2010 at 11:00 a.m. at the United States Courthouse, 421 Gold Ave. SW, Sixth Floor, Albuquerque, New Mexico.

8.      The trial setting of October 4, 2009 is hereby vacated. A new trial setting will be made at the pretrial conference.

IT IS SO ORDERED.

_____
HONORABLE GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel should be prepared to discuss all pending motions at the pretrial conference.